JS-6

1  **BROCK & GONZALES, LLP**
   6701 CENTER DRIVE WEST,
2     SUITE 610
   LOS ANGELES, CA 90045
3     Tel:  (310) 294-9595
   Fax: (310) 961-3673
4  D. AARON BROCK, SBN: 241919
5  ab@brockgonzales.com
   JESSE S. STRATOS, SBN: 313429
6  js@brockgonzales.com
7  **Attorneys for Plaintiff**
   DAVID LAYNE
8

9  Christine A. Kohler, Bar No. 211562
10 ckohler@littler.com
   LITTLER MENDELSON, P.C.
11 18565 Jamboree Road, Suite 800 Irvine, CA 92612
12 Telephone: (949) 705-3000
   Fax No.: (949)724-1201
13 **Attorneys for Defendant**
14 AVIS CAR SALES, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LAYNE, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> AVIS CAR SALES, LLC, a Delaware limited liability company; and DOES 1-50, inclusive, <br><br> Defendants. | Case No.: 5:22-CV-02039 KK-SPx <br> Assigned to Judge Kenly Kiya Kato <br> Complaint Filed: August 8, 2022 <br><br> **ORDER GRANTING DISMISSAL WITH PREJUDICE** |

1

**ORDER GRANTING DISMISSAL WITH PREJUDICE**

# ORDER

Based on the parties' Stipulation of Dismissal, it is hereby ORDERED that:

1. All claims in the above-captioned action are dismissed in their entirety with prejudice; and

2. Each party is to bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: December 20, 2023

_____
The Honorable Kenly Kiya Kato
United States District Court Judge

4868-6315-1512.1 / 035682-1946